**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **DEVIN PHILLIPS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Case No. 3:26-cv-00571** |
| **v.** | ) | **District Judge Trauger** |
| | ) | **Magistrate Judge Hill** |
| **CHAD YOUKER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**DEFENDANT CHAD YOUKER'S RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR CASE MANAGEMENT CONFERENCE AND DISCOVERY CONFERENCE**

Comes Chad Youker, individually and in his official capacity as an employee of Williamson County, Tennessee, by and through undersigned counsel and respectfully submits this response in opposition to Plaintiff's for Case Management Conference and Discovery Conference. (DE 25).

On September 4, 2026, Defendant filed a Motion to Dismiss and accompanying Motion to Stay based on the qualified immunity defenses raised in the Motion to Dismiss. (DE 20, 23). Plaintiff now seeks a case management and discovery conference. (DE 25). However, Defendant's Motion to Stay remains pending. As this Court has noted in granting stays in similar cases:

> A stay is warranted because Defendant's pending motion to dismiss raises the defense of qualified immunity. When such a defense is raised, discovery in the case should be stayed, in whole or in part, until the issue is resolved. *See Siegert v. Gilley*, 500 U.S. 226, 231 (1991); *In re Flint Water Cases*, 960 F.3d 820, 826 (6th Cir. 2020); *Bradford v. Reed*, No. 3:24-CV-01136, 2025 WL 627223, at *2 (M.D. Tenn. Feb. 26, 2025).

*Catignani v. Youker,* M.D. Tenn. Case No. 3:26-cv-00436, Doc. 18; *DeBerry v. Youker*, M.D. Tenn. Case No. 3:26-cv-00360, Doc. 21; *Dobbs v. Youker*, M.D. Tenn. Case No. 3:25-cv-01172,

Doc. 69; Doc. 61; *Hawkins v. Youker*, M.D. Tenn. Case No. 3:26-cv-00433, Doc. 19; *Holland v. Youker*, M.D. Tenn. Case No. 3:26-cv-00435, Doc. 23; *Riconoscuito v. Youker*, M.D. Tenn. Case No. 3:26-cv-00154, Doc. 24; *Woods v. Youker*, M.D. Tenn. Case No. 3:26-cv-00411, Doc. 19. Accordingly, proceeding with a case management and discovery conference at this stage would be premature.

For the foregoing reasons, Defendant Chad Youker respectfully requests that the Plaintiff's Motion for Case Management Conference and Discovery Conference (DE 25) be denied.

Respectfully submitted,

/s/Lee Ann Thompson
Lee Ann Thompson, BPR# 28040
**BUERGER, MOSELEY & CARSON, PLC**
*Attorney for Defendant Chad Youker*
4068 Rural Plains Circle, Suite 100
Franklin, TN 37064
Telephone: (615) 794-8850
Email: lthompson@buergerlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document has been electronically filed and mailed via USPS Priority Mail on the 14th day of September 2026 to:

Devin Phillips, #8994
Williamson County Jail
408 Century Court
Franklin, TN 37064

/s/Lee Ann Thompson
Lee Ann Thompson